# UNITED STATES DISTRICT COURT

for the

### Western District of North Carolina

Piedmont Division

**FILED**

Statesville, NC

JUL 2 3 2025

Clerk, US District Court
Western District of NC

Jon'ta Hampton-Bey, as Trustee for
Moorish Science Temple of America,

)
)
)

Case No.    **5:25-cv-116-KDB-SCR**

*(to be filled in by the Clerk's Office)*

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

**-v-**

Marian G Little, as Manager for
JAMARI LLC and
Nathaniel M Knust,

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)

Jury Trial: *(check one)* ☑Yes ☐No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

### (Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to
electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social
security number or full birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of an individual's
birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any
other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in
forma pauperis.

---

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Jon'ta Hampton-Bey, Trustee |
| Address | 123 Fish Hill Rd |
| | Statesville |

| City | State | Zip Code |
|---|---|---|
| Statesville | NC | 28677 |

| | |
|---|---|
| County | Iredell |
| Telephone Number | 9804756005 |
| E-Mail Address | taybaby765@gmail.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Marian G Little |
| Job or Title *(if known)* | Manager |
| Address | 10700 Sam Black Rd |

| City | State | Zip Code |
|---|---|---|
| Midland | NC | 28107 |

| | |
|---|---|
| County | Cabarrus |
| Telephone Number | 7048884302 |
| E-Mail Address *(if known)* | Unknown |

☑ Individual capacity    ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Nathaniel M Knust |
| Job or Title *(if known)* | Judicial Officer |
| Address | 61 Union St S. |

| City | State | Zip Code |
|---|---|---|
| Concord | NC | 28025 |

| | |
|---|---|
| County | Cabarrus |
| Telephone Number | 7042625500 |
| E-Mail Address *(if known)* | Unknown |

☑ Individual capacity    ☐ Official capacity

Defendant No. 3

    Name

    Job or Title *(if known)*

    Address

                                    *City*           *State*           *Zip Code*

    County

    Telephone Number

    E-Mail Address *(if known)*

    ☐ Individual capacity    ☐ Official capacity

Defendant No. 4

    Name

    Job or Title *(if known)*

    Address

                                      *City*           *State*           *Zip Code*

    County

    Telephone Number

    E-Mail Address *(if known)*

    ☐ Individual capacity    ☐ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☑ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials? Deprivation of Due Process and the equal protection of rights regarding Ecclesiastical matters concerning religious doctrine, the free exercise thereof and the true ownership of land where the religious organization has been established for the purposes indicated and supported in its corporate charter as incorporated within the United States. The defendants are believed to be in violation of 18 USC § 242-241 of the codes of the United States in whatever capacity found. 28 USC 1343

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Defendants committed these acts while acting under the color of state law in their individual and or official capacity while exercising the duties of their public place of office, as Manager of the named defendant pursuant to North Carolina General Statutes Chapter 57D and Judicial Officer of the said court pursuant to Chapter 42, Article 3 who acted in the means to deprive me of my first amendment right to the free exercise thereof, as well as due process and the equal protection of the laws to a fair trial and the right to be heard regarding an Ecclesiastical matter upon a motion to vacate pursuant to North Carolina General Statutes 60 (b)(4) based upon a void judgement.

**III. Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  Where did the events giving rise to your claim(s) occur?

On July 17th, 2025 while attending a hearing in Court Room 207 of the Cabarrus County Courthouse based upon a motion to vacate granted on 3/25/2025 regarding an Ecclesiastical matter involving land acquired by the MOORISH SCIENCE TEMPLE OF AMERICA on June 25, 2018 by legacy whereby the said defendants named above did act at said hearing to deprive the Plaintiff of his first amendment right to petition and the due process right to a fair trial and the equal protection thereof.

B.  What date and approximate time did the events giving rise to your claim(s) occur?

On July 17th, 2025 at approximately 9:10am

C.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was wrongfully deprived of my constitutional rights (defendant Marian G Little as Manager for JAMARI LLC thru said attorney providing misleading and erroneous advice and defendant Nathaniel M Knust made statements in open court alleging that the teachings of the Religious Faith are false and misleading and that I had been tricked by the same internal doctrine that I follow to which I object and believe the court lacked jurisdiction to enter such decision) depriving me of the right to present the evidence and the opportunity to litigate my case as an ecclesiastical matter concerning the true ownership of church property, such as the first amendment right to petition and the free exercise thereof, as well as the due process right and the equal protection of the laws by said persons who acted in the means to take away and conceal the Plaintiff's color of title to vacant land where certain real property is located. The Moorish Science Temple of America is a lawfully chartered and incorporated organization in the Commonwealth of North Carolina pursuant to North Carolina General Statutes Chapter 55A-61 to which I am a trustee and Beneficiary of the 508(c)(1)(a) Trust thereof in compliance with the Religious Land Use and Institutionalized Persons Act. See Attachment A entitled Affidavit of Adverse Possession regarding ownership and the color of title by said legacy pursuant to North Carolina General Statutes found in Exhibit A. I have also attached the electric transcript of the court docket and filings concealing certain filings as stamped, which are not included Attachment B to which I am the holder of said instrument.

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

As the Plaintiff I have sustained injuries such as the potential lost of land, financial sanctions, religious distress and or religious suppression, religious discrimination, misrepresentation of character and or defamation of character, deprivation of Due Process, equal protection violations, religious sanctions such as restraints on the Religious practice based upon the judgement of the court that the doctrine of the Faith Based Organization are false and that the North Carolina Courts does not recognize Ecclesiastical matters and the denial of the Moorish American National from performing certain acts held within the Organization's By-Laws supported by its charter and the free exercise thereof based upon the deprivation of the Constitutional right to be heard on those grounds without the use of an attorney.

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

Wherefore, as the Plaintiff in the case I respectfully asks the court to grant nominal damages in the amount of $1.00, monetary damages in the amount of $25,000.00, compensatory damages in the amount of $300.000.00, punitive damages in the amount of $10,000.00, attorney fees and court cost taxed against the defendants, restitution "the return of the Plaintiff's color of title, declaratory relief an injunction retraining defendants from future deprivation of the rights, that this matter be liberally construed and any other or further relief the court may seem just and proper in the light most favorable to the Plaintiff.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    _7/21/2025_

Signature of Plaintiff

Printed Name of Plaintiff    Jon'ta Hampton-Bey

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

| | City | State | Zip Code |
|---|---|---|---|

Telephone Number    _____

E-mail Address    _____

FILED
DATE: July 15, 2025
TIME: 12:02:18 PM
CABARRUS COUNTY
CLERK OF SUPERIOR COURT
BY: M. Black     **Affidavit of Adverse Possession**

(Religious Land Use and Institutionalized Persons Act)

In The State of North Carolina

County of _Cabarrus_ _____     SS (See Exhibit A on Statute for Color of Title)

I, JON'TA HAMPTON-BEY do solemnly swear that at a meeting of the members of the MOORISH SCIENCE TEMPLE OF AMERICA a 508(c)(1)(a) Faith Based Organization / Trust held at 930 4th St AA11222141 of Statesville in the County of Iredell and State of North Carolina, on the 21 day of February, 2022, regarding the instrument dated June 25, 2018 pursuant to NCGS 39-6.7 for that purpose of vesting as MOORISH SCIENCE TEMPLE OF AMERICA located at 10565 Flowes Store Rd of Midland North Carolina, USA described as the House on vacant land and all attachments, fixtures, etc. and the following Trustees and or Officers were appointed:

Jon'ta Hampton-Bey and Niki Jordan-Bey according to the rules and usages of such MOORISH SCIENCE TEMPLE OF AMERICA with the assigned NC SOS ID 0097874 (NCGS 55A-61) Foreign Religious Land Trust incorporated in the Commonwealth of North Carolina 9/11/1978.

The Moorish Science Temple of America deriving its power and authority from the original settlor Noble Drew Ali who founded the Moorish Science Temple of America in Chicago Illinois on July 20th, 1928 with the Cook County Recorder's Office under the Religious Corporation Act of 1872 pursuant to sections 46a-46k of an act concerning Incorporations approved April 18, 1872, see Exhibit B of the Original Deed / Instrument.

(805 ILCS 110/41) (from Ch. 32, par. 170): Sec. 41. Upon the incorporation of any congregation, church or society, all real and personal property held by any person or trustees for the use of the members thereof, shall immediately vest in such corporation and be subject to its control, and may be used, mortgaged, sold and conveyed the same as if it had been conveyed to such corporation by deed.

And the Moorish Science Temple of America adopted as it's corporate name the following:

MOORISH SCIENCE TEMPLE OF AMERICA.

Attested by the said presiding officer : Jon'ta Hampton-Bey who acted as CEO

Sworn to and subscribed before me this the

16th day of _July_ _____, 2025     My commission expires: _January 1, 2030_

Notary Public Printed Name:_John S. Eury_ _____

JOHN S EURY
NOTARY PUBLIC
CABARRUS COUNTY
STATE OF NORTH CAROLINA

**§ 1-38. Seven years' possession under color of title.**

   (a)    When a person or those under whom he claims is and has been in possession of any real property, under known and visible lines and boundaries and under color of title, for seven years, no entry shall be made or action sustained against such possessor by a person having any right or title to the same, except during the seven years next after his right or title has descended or accrued, who in default of suing within that time shall be excluded from any claim thereafter made; and such possession, so held, is a perpetual bar against all persons not under disability: Provided, that commissioner's deeds in judicial sales and trustee's deeds under foreclosure shall also constitute color of title.

   (b)    If

       (1)    The marking of boundaries on the property by distinctive markings on trees or by the implacement of visible metal or concrete boundary markers in the boundary lines surrounding the property, such markings to be visible to a height of 18 inches above the ground, and

       (2)    The recording of a map prepared from an actual survey by a surveyor registered under the laws of North Carolina, in the book of maps in the office of the register of deeds in the county where the real property is located, with a certificate attached to said map by which the surveyor certifies that the boundaries as shown by the map are those described in the deed or other title instrument or proceeding from which the survey was made, the surveyor's certificate reciting the book and page or file number of the deed, other title instrument or proceeding from which the survey was made,

then the listing and paying of taxes on the real property marked and for which a survey and map have been certified and recorded as provided in subdivisions (1) and (2) above shall constitute prima facie evidence of possession of real property under known and visible lines and boundaries. Maps recorded prior to October 1, 1973 may be qualified under this statute by the recording of certificates prepared in accordance with subdivision (b)(2) above. Such certificates must contain the book and page number where the map is filed, in addition to the information required by subdivision (b)(2) above, and shall be recorded and indexed in the deed books. When a certificate is filed to qualify such a recorded map, the register of deeds shall make a marginal notation on the map in the following form: "Certificate filed pursuant to G.S. 1-38(b), book_____ (enter book where filed), page _____"

   (c)    Maps recorded prior to October 1, 1973 shall qualify as if they had been certified as herein provided if said maps can be proven to conform to the boundary lines on the ground and to conform to instruments of record conveying the land which is the subject matter of the map, to the person whose name is indicated on said recorded map as the owner thereof. Maps recorded after October 1, 1973 shall comply with the provisions for a certificate as hereinbefore set forth. (C.C.P., s. 20; Code, s. 141; Rev., s. 382; C.S., s. 428; 1963, c. 1132; 1973, c. 250; 1975, c. 207.)

A TRUE COPY
CLERK OF SUPERIOR COURT
CABARRUS COUNTY
BY: _____
Assistant Deputy Clerk of Superior Court

## OUR AUTHORITY

(COPY)
Book 521       PAGE 579
              State of Illinois, Cook County ss
              No. 10105905

                                    Filed For Record

CORPORATION — Religious — Affidavit of Organization
Form No. 1099,
STATE OF ILLINOIS,
County of COOK

ss

1928 AUG. 1 PM 252
AND RECORDED IN
BOOK              PAGE
I, NOBLE DREW ALI,............................Recorder

Salomes Jasconowskic

MOORISH SCIENCE TEMPLE OF AMERICA...............held

at...............Chicago................in the County of COOK...............

and State of Illinois, on the.................20th.................day of

...............July...............A. D. 1928, for that purpose, the fol-

lowing persons were appointed.................SHIEKS.................

................................according to the rules and usages of such

MOORISH SCIENCE TEMPLE OF AMERICA

do solemnly swear that at the meeting of the members of the
NOBLE DREW ALI, MEALY EL, SMALL BEY LOVETT
BEY AND FOREMAN BEY. The Moorish Science Temple
of America deriving its power and authority from the Great
Koran of Mohammed to propogate the faith and extend the
learning and truth of the Great Prophet of ALI in America.
To appoint and consecrate missionaries of the prophet and
to establish the faith of Mohammed in America.

And said MOORISH SCIENCE TEMPLE OF AMERI-
CA adopted as its corporate name, the following MOORISH
SCIENCE TEMPLE OF AMERICA..........................................

And at said meeting, this affiant acted as Presiding
officer Subscribed and Sworn to Before me.

..................20th.......................................day of

...............July...................................A. D. 1928........

                         Drew Ali...........................................
Roberta W. Counull
                         Notary Public

See Hurd's Rev. Stat., Chap. 32, 36. *Our appointed  *Or Wardens
vestrymen, or whatever name they may adopt



# G.S. § 10B-41 NOTARIAL CERTIFICATE FOR ACKNOWLEDGMENT

_Cobarrus_ County, North Carolina

I certify that the following person(s) personally appeared before me this day, each

acknowledging to me that he or she signed the foregoing document:

_Jon'tas Hampton-Bey_ .

_Name(s) of principal(s)_

Date: _July 14, 2025_

[Official Seal]
JOHN S EURY
NOTARY PUBLIC
CABARRUS COUNTY
STATE OF NORTH CAROLINA

_Official Signature of Notary_

_Jmn S Eury_ , Notary Public

_Notary's printed or typed name_

My commission expires: _January 1, 2032_

---

**OPTIONAL**

This certificate is attached to a _Affectun tof Adverse Possession_ signed by _Jon'tas Hampton-Bey_

_Title/Type of Document_      _Name of Principal Signer(s)_

on _July 14, 2025_ , and includes **3** pages.

_Date_      _# of pages_



**Cabarrus District Court**

**Case Summary**

**Case No. 24CVD002324-120**

| | | |
|---|---|---|
| **Jon'ta Hampton-Bey Trustee vs. Jamari LLC** | §<br>§ | Location: **Cabarrus District Court**<br>Filed on: **06/26/2024** |

---

## Case Information

File Date 06/26/2024
**Filed By** Hampton-Bey, Jon'ta
**Cause of Action**
CV - Summary Ejectment

**Filed Against** JAMARI LLC
**Description/Remedy**
Action
Action - 2024-06-26

Case Type: General Civil Action
Case Status: **03/25/2025 Reopened**

**Related Cases**
24CVM002002-120 (Companion Case)

---

## Assignment Information

**Current Case Assignment**
Case Number 24CVD002324-120
Court Cabarrus District Court
Date Assigned 06/26/2024

---

## Party Information

**Plaintiff** **HAMPTON-BEY,JON'TA TRUSTEE** **Pro Se**
Hampton-Bey, Jon'ta
1647 RUSS CORNETT RD
BOONE, NC 28607

**Defendant** **JAMARI LLC** ~~WHITE, EVERETTE GARRISON (Inactive)~~
10700 SAM BLACK RD ~~*Retained*~~
MIDLAND, NC 28107
**CORNELIUS, ANDREW THOMAS**
*Retained*
**Pro Se**
Kisner, Kimberly Byrd
*Retained*

---

## Causes of Action

06/26/2024 **Cause of Action** CV - Summary Ejectment (Action - 2024-06-26)
Filed By Hampton-Bey, Jon'ta
Filed Against JAMARI LLC
Action Type Action

---

## Case Events

07/15/2025 Affidavit Index # 14
*Affidavit of Adverse Possession*
Filed By: Plaintiff Hampton-Bey, Jon'ta
Created: 07/15/2025 12:01 PM

| | | |
|---|---|---|
| 06/02/2025 | Affidavit | Index # 13 |
| | *Affidavit in Support and Clarification of the Articles of Amendments* | |
| | Filed By:  Plaintiff Hampton-Bey, Jon'ta | |
| | Created:  06/02/2025 1:48 PM | |
| 06/02/2025 | Notice Of Hearing | Index # 12 |
| | *All Pending Motions and Status Review* | |
| | Created:  06/02/2025 12:18 PM | |
| 04/23/2025 | Miscellaneous | Index # 10 |
| | *Durable Power of Attorney for Financial Management* | |
| | Filed By:  Plaintiff Hampton-Bey, Jon'ta | |
| | Created:  04/23/2025 1:21 PM | |
| 03/25/2025 | Motion to Vacate | |
| | Filed By:  Plaintiff Hampton-Bey, Jon'ta | |
| | Created:  03/25/2025 12:52 PM | |
| 03/12/2025 | Affidavit of Service | Index # 9 |
| | Created:  03/12/2025 11:32 AM | |
| 02/19/2025 | Order | Index # 8 |
| | *Order Granting Motion for Directed Verdict and Dismissing Action* | |
| | Created:  02/19/2025 3:55 PM | |
| 02/17/2025 | Other/Miscellaneous | Index # 7 |
| | *Request for Order on Motion for Summary Judgment in Summary Ejectment Case* | |
| | Filed By:  Plaintiff Hampton-Bey, Jon'ta | |
| | Created:  02/17/2025 12:32 PM | |
| 02/07/2025 | Writ Of Possession | |
| | *not issued* | |
| | Created:  02/10/2025 4:53 PM | |
| 02/07/2025 | Other Pleading Type | Index # 6 |
| | *Request for Issuance of Writ of Possession of Real Property When Judgment More then 30 Days Old* | |
| | Created:  02/07/2025 4:28 PM | |
| 01/30/2025 | Affidavit | Index # 4 |
| | *summary in the case in support of remedy* | |
| | Filed By:  Plaintiff Hampton-Bey, Jon'ta | |
| | Created:  01/30/2025 12:46 PM | |
| 01/23/2025 | Miscellaneous | Index # 3 |
| | *Deed of Trust* | |
| | Created:  01/23/2025 12:26 PM | |
| 12/27/2024 | Affidavit of Service | Index # 2 |
| | Filed By:  Plaintiff Hampton-Bey, Jon'ta | |
| | Against:  Defendant JAMARI LLC | |
| | Created:  12/27/2024 11:50 AM | |
| 12/06/2024 | Legacy Complete Case Scan | Index # 1 |
| | Created:  12/06/2024 1:26 PM | |
| 11/20/2024 | Motion for Summary Judgment | |
| | Filed By:  Plaintiff Hampton-Bey, Jon'ta | |
| | Created:  11/20/2024 4:16 PM | |

07/23/2024
Return of Service - Unserved
*Service Type: WRIT OF POSSESSION Issue Date: 2024-07-23 09:00:00 Return Reason: RECALLED - NOT TO BE SERVED Vehicle: SHERIFF*
Created: 07/23/2024 12:00 AM

07/19/2024
Return of Service - Unserved
*Service Type: WRIT OF POSSESSION Issue Date: 2024-07-19 09:00:00 Return Reason: UNSERVED - OTHER Vehicle: SHERIFF*
Created: 07/19/2024 12:00 AM

06/26/2024   Initiated By CVM Appeal
*From Case: 2024CVM2002*
Created: 06/26/2024 12:00 AM

06/26/2024   Complaint
CV - Summary Ejectment : Action - 2024-06-26
Created: 06/26/2024 12:00 AM

06/25/2024   Answer
*ANSWER/REPLY*
Filed By: Defendant JAMARI LLC
Created: 06/25/2024 12:00 AM

---

## Dispositions

---

02/19/2025   **Denied** (Judicial Officer: CLONINGER, DAVID B)
CV - Summary Ejectment : Action - 2024-06-26
Created: 02/19/2025 3:56 PM

---

## Hearings

---

07/17/2025   📅
**Motion Hearing** (9:30 AM) (Judicial Officer: KNUST, NATHANIEL M)
*All Pending Motions and Status Review*
Resource: Location 120-0207 Cabarrus Co. Courthouse, Courtroom 207
Created: 06/02/2025 9:10 AM

12/12/2024   **Other Hearing** (2:00 PM) (Judicial Officer: CLONINGER, DAVID B)
*Trial 1 HR*
Resource: Location 120-0207 Cabarrus Co. Courthouse, Courtroom 207
**MINUTES - 12/12/2024**
Resolved; Appeal dismissed; Andrew Cornelius to submit order
*Parties Present: Attorney   WHITE, EVERETTE GARRISON*
       *Defendant   JAMARI LLC*
       *Plaintiff   Hampton-Bey, Jon'ta*
*Resolved*
Created: 12/06/2024 10:41 AM

12/12/2024   *CANCELED* **Other Hearing** (9:30 AM) (Judicial Officer: CLONINGER, DAVID B)
*CIVIL NON-DOMESTIC COURT TRIAL*
Resource: Location 120-0207 Cabarrus Co. Courthouse, Courtroom 207
12/12/2024 Reset by Court to 12/12/2024
*In Error*
Created: 10/12/2024 4:30 AM

12/12/2024   *CANCELED* **Other Hearing** (2:00 PM)
*CIVIL NON DOMESTIC COURT NOTE = TRIAL 1HR*
Resource: Location 120 Cabarrus
*In Error*
Created: 10/12/2024 4:30 AM

09/05/2024  **Other Hearing**  (9:30 AM)
*CIVIL NON-DOMESTIC COURT Initial Setting/STRV Service - APPEAL*
Resource: Location NLL No Legacy Location
Created:  09/05/2024 12:00 AM

## Service Events

02/07/2025  **Writ of Possession** Requested by: Hampton-Bey, Jon'ta
JAMARI LLC
Issued
Created:  02/07/2025 4:28 PM

02/07/2025  **Writ of Possession** Requested by: Hampton-Bey, Jon'ta
JAMARI LLC
Issued
Created:  02/10/2025 4:53 PM